THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARY YILDIRIM | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-cv-00571-SDJ-BD |
| | § | |
| FRANK BISIGNANO | § | |
| *Commissioner, United States Social* | § | |
| *Security Administration* | § | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #17), that the Commissioner's decision be reversed and the case be remanded to the Social Security Administration for further proceedings.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Commissioner's decision is reversed and the case is remanded to the Social Security Administration for further proceedings.

**So ORDERED and SIGNED this 17th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE